NO. 07-03-0425-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JANUARY 6, 2004

______________________________

ROBERT MENCHACA,

Appellant

v.

TEXAS REHABILITATION COMMISSION, 

AN AGENCY OF THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 72ND DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2002-517,681; HON. J. BLAIR CHERRY, PRESIDING

_______________________________

Order of Dismissal

_______________________________

Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

Appellant Robert Menchaca  filed a notice of appeal on September 26, 2003.  The clerk’s record was filed on November 7, 2003, and Menchaca’s brief was due to be filed on December 8, 2003.  Neither appellant’s brief nor a motion for extension of time to file his brief was received.  This Court notified appellant, by letter dated December 16, 2003, of the default and informed him that unless a response reasonably explaining default was received by December 29, 2003, the appeal would be subject to dismissal for want of prosecution.  December 29th has lapsed, and no brief or response to our December 16
th
 letter has been received.

Accordingly, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(b) for want of prosecution.

Per Curiam